UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

QUINTON BRIDGES,

Plaintiff,

v.

ELON MUSK, et al.,

Defendants.

No. 1:26-CV-333-H

**ORDER**

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for lack of subject matter jurisdiction. Dkt. No. 13. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed without prejudice for lack of subject matter jurisdiction. All pending motions—including the defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(5) (Dkt. No. 14)—are denied as moot.

Further, the Court notes that, including this case, Bridges has eight deficient complaints pending in this Court alone.[1] Bridges is warned that similarly deficient

[1] *See Bridges v. Sandoval*, No. 1:26-CV-164 (N.D. Tex. 2026); *Bridges v. Lubbock Cnty. Det. Ctr.*, No. 1:26-CV-165 (N.D. Tex. 2026); *Bridges v. Tex. Dep't of Pub. Safety*, No. 1:26-CV-166 (N.D. Tex. 2026); *Bridges v. Griffin*, No. 1:26-CV-252 (N.D. Tex. 2026); *Bridges v. Parker*, 1:26-CV-285 (N.D.

pleadings in future litigation before this Court could result in sanctions—including monetary sanctions and a declaration of vexatiousness, which will prevent him from filing any further case without permission from the Court. Litigants have "no license to harass others, clog the judicial machinery with meritless litigation, and abuse already overloaded court dockets." *Farguson v. MBank Hou., N.A.*, 808 F.2d 358, 359 (5th Cir. 1986). Pro se litigants like Bridges are no different. *Id.*

So ordered on September 10, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

Tex. 2026); *Bridges v. Hendrick Med. Ctr.*, No. 1:26-CV-307 (N.D. Tex. 2026); *Bridges v. Trump*, 1:26-CV-313 (N.D. Tex. 2026).